```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 15-03678-MDF
Donald Eisenhour                                                        Chapter 7
Lori Ann Eisenhour
        Debtors             CERTIFICATE OF NOTICE
District/off: 0314-1           User: admin                  Page 1 of 3                   Date Rcvd: Dec 11, 2015
                               Form ID: 318                 Total Noticed: 103
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2015.
```
db/jdb         +Donald Eisenhour,    Lori Ann Eisenhour,    186 Coldstream Trl,    Felton, PA 17322-9247
4688290         AEROCARE HOLDINGS,    2233 EAST MAIN STREET,    MONTROSE, CO 81401-3831
4688291         AMERICAN MEDICAL RESPONSE, INC.,    P.O. BOX 847199,    DALLAS, TX 75284-7199
4688292        +ANESTHESIA ASSOCIATES OF  YORK,    P O BOX 70240,    PHILADELPHIA, PA 19176-0240
4688293        +ANESTHESIA ASSOCIATES OF YORK,    110 PINE GROVE COMMONS,    YORK, PA 17403-5151
4688296        +BAY AREA CREDIT SERVICE LLC,    PO BOX 467600,    ATLANTA, GA 31146-7600
4688301         CFS,    PO BOX 3475,    TOLEDO, OH 43607-0475
4688323       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  HOME DEPOT CREDIT SERVICES,    PO BOX 182676,
                  COLUMBUS, OH 43218-2676)
4688307        +CREDIT BUREAU OF YORK,    33 S. DUKE STREET,    YORK, PA 17401-1485
4688310        +D&A SERVICES,    1400 E. TOUCHY AVE., STE. G2,    DES PLAINES, IL 60018-3338
4688284        +DONALD EISENHOUR,    LORI ANN EISENHOUR,    186 COLDSTREAM TRL,    FELTON, PA 17322-9247
4688311         EIS COLLECTIONS,    PO BOX 1730,    REYNOLDSBURG, OH 43068-8730
4688313        +FINANCIAL RECOVERIES,    200 EAST PARK DRIVE S,    P.O. BOX 1388,    MOUNT LAUREL, NJ 08054-7388
4688312         FINANCIAL RECOVERIES,    PO BOX 1388,    MOUNT LAUREL, NJ 08054-7388
4688315        +FIRST FEDERAL CREDIT CONTROL,    24700 CHAGRIN BLVD STE 2,    CLEVELAND, OH 44122-5662
4688316         FIRST FEDERAL CREDIT CONTROL, INC.,    24700 CHAGRIN BLVD.,    SUITE 205,
                  CLEVELAND, OH 44122-5662
4688319        +FOOT & ANKLE SURGICAL CENTER,    1224 SOUTH QUEEN STREET,    YORK, PA 17403-3923
4688320         FROST-ARNETT COMPANY,    PO BOX 198988,    NASHVILLE, TN 37219-8988
4688324        +JANET TYSON, TAX COLLECTOR,    12319 CANNING HOUSE RD,    FELTON, PA 17322-7987
4688327        +LANDO RESORTS CORP.,    5405 DIPLOMAT CIRCLE,    STE. 106,    ORLANDO, FL 32810-5623
4688285        +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4688330        +MARTIN FOOT AND ANKLE,    2003 E. MARKET STREET,    YORK, PA 17402-2841
4688331         MEMORIAL HOSPITAL,    1605 VALLEY CENTER PKWY.,    SUITE 200,    BETHLEHEM, PA 18017-2345
4688332         MEMORIAL HOSPITAL,    PO BOX 505167,    SAINT LOUIS, MO 63150-5167
4688333        +MEMORIAL HOSPITAL,    325 S. BELMONT STREET,    PO BOX 15118,    YORK, PA 17405-7118
4688337        +MIDLAND FUNDING LLC,    1060 ANDREW DR,    STE 170,    WEST CHESTER, PA 19380-5601
4688339         MONITRONICS,    DEPT. CH 8628,    PALATINE, IL 60055-8628
4688340        +NORTHLAND GROUP, INC.,    P O BOX 390905,    MAIL CODE CBK2,    MINNEAPOLIS, MN 55439-0905
4688341        +OSS AMBULATORY SURGERY CENTER,    1855 POWDER MILL ROAD,    SUITE 201,    YORK, PA 17402-4723
4688342         OSS HEALTH,    1861 POWDER MILL ROAD,    YORK, PA 17402-4723
4688343         OSS HEALTH,    PO BOX 12854,    PHILADELPHIA, PA 19176-0854
4688287        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4688344         PA EMERGENCY PHYSICIANS PLLC,    PO BOX 975213,    DALLAS, TX 75397-5213
4688345         PASI - PROF. ACCOUNT SERVICES, INC.,    PO BOX 188,    BRENTWOOD, TN 37024-0188
4688346         PENN CREDIT CORP.,    916 S. 14TH STREET,    PO BOX 988,    HARRISBURG, PA 17108-0988
4688348         PHILLIPS & COHEN ASSOCIATES. LTD.,    1002 JUSTISON STREET,    MAIL STOP: 661,
                  WILMINGTON, DE 19801-5148
4688349        +PHYSICIAN BILLING SERVICE,    1803 MT. ROSE AVENUE,    SUITE B3,    YORK, PA 17403-3051
4688353        +REBECCA S. MCCLURE, ESQ.,    PO BOX 64,    MOUNTVILLE, PA 17554-0064
4688286        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4688367         THE MEADOWS HOSPITAL,    132 THE MEADOWS DRIVE,    CENTRE HALL, PA 16828-9231
4688371        +TRUGREEN,    860 RIDGE LAKE BLVD.,    MEMPHIS, TN 38120-9421
4688370        +TRUGREEN,    2211 INDUSTRIAL HWY.,    YORK, PA 17402-2224
4688369        +TRUGREEN,    P.O. BOX 3689,    YORK, PA 17402-0136
4688372         TRUGREEN PROCESSING CENTER,    PO BOX 9001128,    LOUISVILLE, KY 40290-1128
4688373         UNION PACIFIC EMERG. PHYS., LLC,    P.O. BOX 98825,    LAS VEGAS, NV 89193-8825
4688374        +UNITED MERCHANT PROCESSING,    300 WEST CHERRY,    PALMYRA, PA 17078-2101
4688377        +WELLSPAN HEALTH,    1001 S. GEORGE STREET,    YORK, PA 17403-3676
4688378         WELLSPAN HEALTH,    P.O. BOX 742641,    CINCINNATI, OH 45274-2641
4688379         WELLSPAN PHYSICIAN BILLING,    P.O. BOX 742641,    CINCINNATI, OH 45274-2642
4688380         YORK HOSPITAL,    3550 WHITEFORD ROAD,    YORK, PA 17402-9081
4688381        +YORK HOSPITAL,    C/O CENTRAL CREDIT/PENN CREDIT,    916 S 14TH STREET,
                  HARRISBURG, PA 17104-3425
4688383        +YORK HOSPITAL/WELLSPAN,    1001 S. GEORGE STREET,    YORK, PA 17403-3645
4688382        +YORK HOSPITAL/WELLSPAN,    1001 SOUTH GEORGE STREET,    YORK, PA 17403-3645
4688384        +YORK HOSPITAL/WELLSPAN,    1803 MT. ROSE AVENUE,    SUITE B3,    YORK, PA 17403-3051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcyteam@quickenloans.com Dec 11 2015 19:00:32      Quicken Loans Inc.,
                 635 Woodward Ave.,    Detroit, MI 48226-3408
cr             +EDI: WFFC.COM Dec 11 2015 19:03:00      Wells FArgo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
4688289         EDI: RMSC.COM Dec 11 2015 19:03:00      AEO/SYNCHRONY BANK,    PO BOX 960013,
                 ORLANDO, FL 32896-0013
4688294        +EDI: TSYS2.COM Dec 11 2015 19:03:00      BARCLAYS BANK DELAWARE,    125 S WEST ST,
                 WILMINGTON, DE 19801-5014
4688295        +EDI: TSYS2.COM Dec 11 2015 19:03:00      BARCLAYS BANK OF DELAWARE,    P.O. BOX 8803,
                 WILMINGTON, DE 19899-8803
4688297         EDI: CAPITALONE.COM Dec 11 2015 19:03:00      CAPITAL ONE,    PO BOX 85520,    RICHMOND, VA 23285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4688298        EDI: CAPITALONE.COM Dec 11 2015 19:03:00      CAPITAL ONE BANK,    P.O. BOX 70885,
               CHARLOTTE, NC 28272-0885
4688299        EDI: CAPITALONE.COM Dec 11 2015 19:03:00      CAPITAL ONE BANK, N.A.,    P.O. BOX 71083,
               CHARLOTTE, NC 28272-1083
4688300        EDI: TSYS2.COM Dec 11 2015 19:03:00      CARD SERVICES,    PO BOX 8802,
               WILMINGTON, DE 19899-8802
4688302       +EDI: CHASE.COM Dec 11 2015 19:03:00      CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4688303       +EDI: CITICORP.COM Dec 11 2015 19:03:00      CITI CARD,    P.O. BOX 6241,
               SIOUX FALLS, SD 57117-6241
4688304        EDI: CITICORP.COM Dec 11 2015 19:03:00      CITI CARDS,    PROCESSING CENTER,
               DES MOINES, IA 50363-0005
4688305       +EDI: CITICORP.COM Dec 11 2015 19:03:00      CITIBANK, N.A.,    701 E. 60TH STREET N,
               SIOUX FALLS, SD 57104-0493
4688306       +EDI: WFNNB.COM Dec 11 2015 19:03:00      COMENITY BANK/VICTORIA SECRET,    PO BOX 182789,
               COLUMBUS, OH 43218-2789
4688308        EDI: RCSFNBMARIN.COM Dec 11 2015 19:03:00      CREDIT ONE BANK,    P O BOX 60500,
               CITY OF INDUSTRY, CA 91716-0500
4688309       +EDI: RCSFNBMARIN.COM Dec 11 2015 19:03:00      CREDIT ONE BANK NA,    PO BOX 98875,
               LAS VEGAS, NV 89193-8875
4688314       +E-mail/Text: data_processing@fin-rec.com Dec 11 2015 19:00:17      FINANCIAL RECOVERY SERVICES,
               P.O. BOX 385908,    MINNEAPOLIS, MN 55438-5908
4688318        EDI: AMINFOFP.COM Dec 11 2015 19:03:00      FIRST PREMIER BANK,    P.O. BOX 5529,
               SIOUX FALLS, SD 57117-5529
4688317       +EDI: AMINFOFP.COM Dec 11 2015 19:03:00      FIRST PREMIER BANK,    601 S MINNESOTA AVE,
               SIOUX FALLS, SD 57104-4868
4688321        EDI: RMSC.COM Dec 11 2015 19:03:00      GE MONEY BANK,    PO BOX 965004,    ORLANDO, FL 32896-5004
4688322        EDI: RMSC.COM Dec 11 2015 19:03:00      GE MONEY BANK,    P.O. BOX 981127,
               EL PASO, TX 79998-1127
4688288        EDI: IRS.COM Dec 11 2015 19:03:00      INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
4688325        EDI: TSYS2.COM Dec 11 2015 19:03:00      JUNIPER CARD SERVICES,    P.O. BOX 13337,
               PHILADELPHIA, PA 19101-3337
4688328       +EDI: RESURGENT.COM Dec 11 2015 19:08:00      LVNV FUNDING, LLC,    P O BOX 10584,
               GREENVILLE, SC 29603-0584
4688329       +EDI: RESURGENT.COM Dec 11 2015 19:08:00      LVNV FUNDING, LLC,    P.O. BOX 10497,
               GREENVILLE, SC 29603-0497
4688335        EDI: MERRICKBANK.COM Dec 11 2015 19:03:00      MERRICK BANK,    PO BOX 660702,
               DALLAS, TX 75266-0702
4688334       +EDI: MERRICKBANK.COM Dec 11 2015 19:03:00      MERRICK BANK,    PO BOX 9201,
               OLD BETHPAGE, NY 11804-9001
4688336       +EDI: MID8.COM Dec 11 2015 19:03:00      MIDLAND CREDIT MANAGEMENT,    8875 AERO DRIVE,
               SUITE 200,    SAN DIEGO, CA 92123-2255
4688338        E-mail/Text: bwilson@monitronics.com Dec 11 2015 19:00:13      MONITRONICS,    P.O. BOX 814530,
               DALLAS, TX 75381-4530
4688350        EDI: PRA.COM Dec 11 2015 19:03:00      PORTFOLIO RECOVERY ASSOCIATES, LLC,    P.O. BOX 12914,
               NORFOLK, VA 23541
4688351       +EDI: PRA.COM Dec 11 2015 19:03:00      PORTFOLIO RECOVERY ASSOCOCIATES,
               120 CORPORATE BOULEVARD,    NORFOLK, VA 23502-4962
4688352       +E-mail/Text: bankruptcyteam@quickenloans.com Dec 11 2015 19:00:32      QUICKEN LOANS,
               1050 WOODWARD AVE,    DETROIT, MI 48226-1906
4704498       +E-mail/Text: bankruptcyteam@quickenloans.com Dec 11 2015 19:00:32      Quicken Loans Inc.,
               635 Woodward Ave,    Detroit, Michigan 48226-3408
4688354        EDI: RMSC.COM Dec 11 2015 19:03:00      SAM'S CLUB MC/SYNCHRONY BANK,    P O BOX 960013,
               ORLANDO, FL 32896-0013
4688355       +EDI: SEARS.COM Dec 11 2015 19:03:00      SEARS NATIONAL BANK,    P.O. BOX 818017,
               CLEVELAND, OH 44181-8017
4688356        EDI: CHASE.COM Dec 11 2015 19:03:00      SLATE CARDMEMBER SERVICE,    PO BOX 15153,
               WILMINGTON, DE 19886-5153
4688357       +EDI: STF1.COM Dec 11 2015 19:03:00      SUNTRUST BANK,    PO BOX 85052,    RICHMOND, VA 23285-5052
4688358        EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK,    PO BOX 960061,
               ORLANDO, FL 32896-0061
4688359       +EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK/AMERICAN EAGLE,    PO BOX 965005,
               ORLANDO, FL 32896-5005
4688360       +EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK/CARE CREDIT,    950 FORRER BLVD,
               KETTERING, OH 45420-1469
4688361       +EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK/DICK'S SPORTING GOOD,    PO BOX 965005,
               ORLANDO, FL 32896-5005
4688362        EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK/DSG,    PO BOX 960012,
               ORLANDO, FL 32896-0012
4688363       +EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK/SAM'S CLUB,    P.O. BOX 965005,
               ORLANDO, FL 32896-5005
4688364       +EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK/SAMS CLUB,    PO BOX 965005,
               ORLANDO, FL 32896-5005
4688365       +EDI: RMSC.COM Dec 11 2015 19:03:00      SYNCHRONY BANK/WALMART,    PO BOX 965024,
               ORLANDO, FL 32896-5024
4688366       +EDI: CITICORP.COM Dec 11 2015 19:03:00      THE HOME DEPOT/CBNA,    PO BOX 6497,
               SIOUX FALLS, SD 57117-6497
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4688368        +E-mail/Text: bankruptcydepartment@tsico.com Dec 11 2015 19:00:43      TRANSWORLD SYSTEMS INC.,
                 507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2308
4688375         EDI: RMSC.COM Dec 11 2015 19:03:00       WALMART MASTERCARD/SYNCHRONY BANK,    P.O. BOX 960024,
                 ORLANDO, FL 32896-0024
4688376         EDI: WFFC.COM Dec 11 2015 19:03:00       WELLS FARGO DEALER SERVICES,    PO BOX 1697,
                 WINTERVILLE, NC 28590-1697
                                                                                              TOTAL: 49

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4710287            Wells FArgo Bank, N.A., d/b/a Wells Fargo Dealer S
4688347*          PENN CREDIT CORP.,    916 S 14TH STREET,    PO BOX 988,    HARRISBURG, PA 17108-0988
4688326         ##+LANDO RESORTS CORP.,    3015 N. OCEAN BLVD.,    SUITE 121,    FORT LAUDERDALE, FL 33308-7344
                                                                                     TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2015 at the address(es) listed below:
              Lawrence V. Young    on behalf of Joint Debtor Lori Ann Eisenhour lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m
              Lawrence V. Young    on behalf of Debtor Donald  Eisenhour lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m
              Richard M Squire    on behalf of Creditor    Quicken Loans Inc. lcolwell@squirelaw.com,
               coppenheimer@squirelaw.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells FArgo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Donald Eisenhour** | Social Security number or ITIN  xxx–xx–8780 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | **Lori Ann Eisenhour** | Social Security number or ITIN  xxx–xx–3886 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:15–bk–03678–MDF** | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donald Eisenhour
aka Donald E. Eisenhour Sr.

Lori Ann Eisenhour
aka Lori A. Eisenhour

**By the court:**   *Mary D. France*

December 11, 2015

Honorable Mary D. France
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**